People of the State of Illinois, Appellee, v. Charles Thomas, Otherwise Called Thomas Charles, Appellant.

Gen. No. 50,897. (Abstract of Decision.)

First District, Second Division.
October 25, 1966.
Rehearing denied November 15, 1966.

Milton J. Kolman, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Matthew J. Moran, Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.